**ROANNE L. MANN**  **DATE:** June 21, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 10:16 a.m.
  **END:** 10:27 a.m.

**DOCKET NO:** 21-cv-5571-RLM

**CASE** Galicia-Rivera et al v. Bakir, Inc. et al

- ☐ INITIAL CONFERENCE           X  OTHER/*CHEEKS* HEARING
- ☐ DISCOVERY CONFERENCE         ☐ FINAL/PRETRIAL CONFERENCE
- ☐ SETTLEMENT CONFERENCE        X  TELEPHONE CONFERENCE
- ☐ MOTION HEARING               ☐ INFANT COMPROMISE HEARING

**PLAINTIFFS**  **ATTORNEY**

| Peter Hans Cooper |
|---|

**DEFENDANTS**  **ATTORNEY**

| Aymen A Aboushi |
|---|

- ☐ FACT DISCOVERY TO BE COMPLETED BY  _____
- ☐ SETTLEMENT CONFERENCE SCHEDULED FOR  _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY  _____
- ☐ PL. TO SERVE DEF. BY:_____DEF. TO SERVE PL. BY:_____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing.  After reviewing the parties' initial *Cheeks* submissions (DE #20), the Court identified certain minor issues with the settlement agreement. In response, the parties consented (during the hearing) to modify the agreement to provide that Court approval is also required for any modifications to the agreement.  Plaintiff's counsel further confirmed that plaintiffs are satisfied, and have agreed to, the allocation of the settlement amount.  Based on these discussions and the Court's review of the *Cheeks* submissions, the Court concludes that the settlement is fair and reasonable and was reached following arms-length negotiations between the parties.  The Court therefore approves the parties' motion for settlement approval, as modified.  The parties' Stipulation of Discontinuance is due by July 21, 2022; since payment is required to be made before the due date for the Stipulation of Discontinuance, the Court will not be retaining jurisdiction.